UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MARY KILBRIDE,

              Plaintiff,

    -against-

MERRILL LYNCH & CO., INC. BASIC
LONG-TERM DISABILITY PLAN,
ADMINISTRATOR OF MERRILL LYNCH
& CO., INC. BASIC LONG-TERM
DISABILITY PLAN, MERRILL LYNCH & CO.,
INC., TRUSTEES OF MERRILL LYNCH &
CO., INC. BASIC LONG-TERM DISABILITY
PLAN, METROPOLITAN LIFE INSURANCE
CO., MERRILL LYNCH DISABILITY
SERVICE CENTER, MERRILL LYNCH & CO.,
INC. MEDICAL PROGRAM, MERRILL
LYNCH & CO., INC. DENTAL PLAN, AND
MERRILL LYNCH & CO., INC. LIFE
INSURANCE PROGRAM

              Defendants
-----------------------------------------------------------------x

DECLARATION
OF SERVICE

Docket No.
07 Civ. 7092 (CM)

AFFIRMATION

Julie Salwen, declares under penalty of perjury:

1. That I am over eighteen, not a party to this proceeding, and, in the early afternoon of August 13, 2007, I personally served a person designated by Merrill Lynch & Co. Inc. for service of process in the lobby of 222 Broadway, New York City, New York.

2. That service was made to a woman, approximately five feet two inches in height with light brown hair who gave me her card stating that her name is Julissa Montero and she is Assistant Vice President, GPC Litigation, in the Office of General Counsel of Merrill Lynch.

3. That I personally served her with a separate summons and complaint, and personally delivered a separate copy of the individual practices of Judge McMahon, the individual practices

of Magistrate Judge Ellis, USDC/SDNY Instructions for Filing an Electronic Case or Appeal, USDC/SDNY Procedures for Electronic Case Filing, and USDC/SDNY Guidelines for Electronic Case Filing for each of the following seven defendants: Merrill Lynch & Co., Inc. Basic Long-Term Disability Plan, Administrator of Merrill Lynch & Co., Inc. Basic Long-Term Disability Plan, Merrill Lynch & Co., Inc., Trustees of Merrill Lynch & Co., Inc. Basic Long-Term Disability Plan, Merrill Lynch & Co., Inc. Medical Program, Merrill Lynch & Co., Inc. Dental Plan, and Merrill Lynch & Co., Inc. Life Insurance Program.

4. That she signed the attached statements acknowledging service on Merrill Lynch & Co., Inc. Basic Long-Term Disability Plan, Administrator of Merrill Lynch & Co., Inc. Basic Long-Term Disability Plan, Merrill Lynch & Co., Inc., Trustees of Merrill Lynch & Co., Inc. Basic Long-Term Disability Plan, and Merrill Lynch & Co., Inc. Life Insurance Program.

5. That she stated that she was unaware of the existence of defendants Merrill Lynch & Co., Inc. Medical Program and Merrill Lynch & Co., Inc. Dental Plan and therefore would not acknowledge service on them.

6. That she also stated that if Merrill Lynch & Co., Inc. Medical Program and Merrill Lynch & Co., Inc. Dental Plan exist, they would receive the summons and complaint.

7. That on August 14, 2007, shortly after 4:00 p.m., I personally served a person designated by Metropolitan Life Insurance Company for service of process in the lobby of 27-01 Queens Plaza North, Long Island City, New York.

8. That service was made to a white man of middle age who gave me his card identifying him as Steven P. Seltzer, Associate General Counsel, Law Department.

9. That I personally served him with a summons and complaint, and personally delivered a copy of the individual practices of Judge McMahon, the individual practices of Magistrate Judge Ellis, USDC/SDNY Instructions for Filing an Electronic Case or Appeal, USDC/SDNY Procedures for Electronic Case Filing, and USDC/SDNY Guidelines for Electronic Case Filing

10. That he acknowledged service by signing the attached acknowledgment of service.

11. That on August 14, 2007 at approximately 4:20 p.m. at the United States Post Office located at 24-18 Queens Plaza South, Long Island City, New York I personally posted, by certified mail, a copy of the summons and complaint along with a Request for Waiver of Service of Summons, two copies of a Waiver of

Service of Summons, a self addressed stamped envelop, the individual practices of Judge McMahon, the individual practices of Magistrate Judge Ellis, USDC/SDNY Instructions for Filing an Electronic Case or Appeal, USDC/SDNY Procedures for Electronic Case Filing, and USDC/SDNY Guidelines for Electronic Case Filing to the Merrill Lynch Disability Service Center, Rensselaer Technology Park, 250 Jordan Road, Troy, New York 12180.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 17th day of August 2007 in New York City, New York.

*Julie Salwen*
JULIE SALWEN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
MARY KILBRIDE,

              Plaintiff,               ACKNOWLEDGMENT
                                                   OF SERVICE
      -against-

                                        Docket No.
MERRILL LYNCH & CO., INC. BASIC      07 Civ. 7092
LONG-TERM DISABILITY PLAN,
ADMINISTRATOR OF MERRILL LYNCH
& CO., INC. BASIC LONG-TERM
DISABILITY PLAN, MERRILL LYNCH & CO.,
INC., TRUSTEES OF MERRILL LYNCH &
CO., INC. BASIC LONG-TERM DISABILITY
PLAN, METROPOLITAN LIFE INSURANCE
CO., MERRILL LYNCH DISABILITY
SERVICE CENTER, MERRILL LYNCH & CO.,
INC. MEDICAL PROGRAM, MERRILL
LYNCH & CO., INC. DENTAL PLAN, AND
MERRILL LYNCH & CO., INC. LIFE
INSURANCE PROGRAM

              Defendants
-------------------------------------------------------------------x

       Defendant Metropolitan Life Insurance Company. acknowledges receipt of plaintiff's summons and complaint.

Dated:     New York, New York
            August 14, 2007

            Metropolitan Life Insurance Company

by:        _____

Print:    _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
MARY KILBRIDE,

           Plaintiff,

   -against-

MERRILL LYNCH & CO., INC. BASIC
LONG-TERM DISABILITY PLAN,
ADMINISTRATOR OF MERRILL LYNCH
& CO., INC. BASIC LONG-TERM
DISABILITY PLAN, MERRILL LYNCH & CO.,
INC., TRUSTEES OF MERRILL LYNCH &
CO., INC. BASIC LONG-TERM DISABILITY
PLAN, METROPOLITAN LIFE INSURANCE
CO., MERRILL LYNCH DISABILITY
SERVICE CENTER, MERRILL LYNCH & CO.,
INC. MEDICAL PROGRAM, MERRILL
LYNCH & CO., INC. DENTAL PLAN, AND
MERRILL LYNCH & CO., INC. LIFE
INSURANCE PROGRAM

           Defendants
------------------------------------------------------------------x

ACKNOWLEDGMENT
OF SERVICE

Docket No.
07 Civ. 7092

      Defendant Merrill Lynch & Co., Inc. acknowledges receipt of plaintiff's summons and complaint.

Dated:    New York, New York
            August 13, 2007

            Merrill Lynch & Co., Inc.

by:      _/s/ Julissa Heart_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MARY KILBRIDE,

              Plaintiff,

      -against-

MERRILL LYNCH & CO., INC. BASIC
LONG-TERM DISABILITY PLAN,
ADMINISTRATOR OF MERRILL LYNCH
& CO., INC. BASIC LONG-TERM
DISABILITY PLAN, MERRILL LYNCH & CO.,
INC., TRUSTEES OF MERRILL LYNCH &
CO., INC. BASIC LONG-TERM DISABILITY
PLAN, METROPOLITAN LIFE INSURANCE
CO., MERRILL LYNCH DISABILITY
SERVICE CENTER, MERRILL LYNCH & CO.,
INC. MEDICAL PROGRAM, MERRILL
LYNCH & CO., INC. DENTAL PLAN, AND
MERRILL LYNCH & CO., INC. LIFE
INSURANCE PROGRAM

              Defendants
-----------------------------------------------------------------x

ACKNOWLEDGMENT
OF SERVICE

Docket No.
07 Civ. 7092

       Defendant Merrill Lynch & Co., Inc. Life Insurance Program acknowledges receipt of plaintiff's summons and complaint.

Dated:     New York, New York
             August 13, 2007

             Merrill Lynch & Co., Inc. Life Insurance Program

by: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MARY KILBRIDE,

            Plaintiff,                                  ACKNOWLEDGMENT

      -against-                                     OF SERVICE

MERRILL LYNCH & CO., INC. BASIC            Docket No.
LONG-TERM DISABILITY PLAN,                 07 Civ. 7092
ADMINISTRATOR OF MERRILL LYNCH
& CO., INC. BASIC LONG-TERM
DISABILITY PLAN, MERRILL LYNCH & CO.,
INC., TRUSTEES OF MERRILL LYNCH &
CO., INC. BASIC LONG-TERM DISABILITY
PLAN, METROPOLITAN LIFE INSURANCE
CO., MERRILL LYNCH DISABILITY
SERVICE CENTER, MERRILL LYNCH & CO.,
INC. MEDICAL PROGRAM, MERRILL
LYNCH & CO., INC. DENTAL PLAN, AND
MERRILL LYNCH & CO., INC. LIFE
INSURANCE PROGRAM

            Defendants
------------------------------------------------------------x

      Defendant Trustees of Merrill Lynch & Co., Inc. Basic Long-Term Disability Insurance Plan acknowledges receipt of plaintiff's summons and complaint.

Dated:      New York, New York
             August ~~10~~ /3, 2007

             Trustees of Merrill Lynch Basic Long-Term Disability Plan

by: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MARY KILBRIDE,

                Plaintiff,

      -against-

MERRILL LYNCH & CO., INC. BASIC
LONG-TERM DISABILITY PLAN,
ADMINISTRATOR OF MERRILL LYNCH
& CO., INC. BASIC LONG-TERM
DISABILITY PLAN, MERRILL LYNCH & CO.,
INC., TRUSTEES OF MERRILL LYNCH &
CO., INC. BASIC LONG-TERM DISABILITY
PLAN, METROPOLITAN LIFE INSURANCE
CO., MERRILL LYNCH DISABILITY
SERVICE CENTER, MERRILL LYNCH & CO.,
INC. MEDICAL PROGRAM, MERRILL
LYNCH & CO., INC. DENTAL PLAN, AND
MERRILL LYNCH & CO., INC. LIFE
INSURANCE PROGRAM

                Defendants
-----------------------------------------------------------------x

ACKNOWLEDGMENT
OF SERVICE

Docket No.
07 Civ. 7092

      Defendant Merrill Lynch & Co., Inc. Basic Long-Term Disability Insurance Plan acknowledges receipt of plaintiff's summons and complaint.

Dated:    New York, New York
           August ~~10,~~ 13, 2007

Merrill Lynch & Co., Inc. Basic Long-Term Disability Insurance Plan

by: _[signature]_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MARY KILBRIDE,

        Plaintiff,

   -against-

MERRILL LYNCH & CO., INC. BASIC
LONG-TERM DISABILITY PLAN,
ADMINISTRATOR OF MERRILL LYNCH
& CO., INC. BASIC LONG-TERM
DISABILITY PLAN, MERRILL LYNCH & CO.,
INC., TRUSTEES OF MERRILL LYNCH &
CO., INC. BASIC LONG-TERM DISABILITY
PLAN, METROPOLITAN LIFE INSURANCE
CO., MERRILL LYNCH DISABILITY
SERVICE CENTER, MERRILL LYNCH & CO.,
INC. MEDICAL PROGRAM, MERRILL
LYNCH & CO., INC. DENTAL PLAN, AND
MERRILL LYNCH & CO., INC. LIFE
INSURANCE PROGRAM

        Defendants
-----------------------------------------------------------------x

ACKNOWLEDGMENT
OF SERVICE

Docket No.
07 Civ. 7092

    Defendant Administrator of Merrill Lynch & Co., Inc. Basic Long-Term Disability Insurance Plan acknowledges receipt of plaintiff's summons and complaint.

Dated:    New York, New York
           August ~~10~~ 13, 2007

           Administrator of Merrill Lynch & Co., Inc. Basic Long-Term Disability
           Insurance Plan

by:    [signature]