LSK&D #: 999-0001 / 916377
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/07

-----------------------------------------------------------x
MARY KILBRIDE,

                                  Plaintiff,

       -against-

MERRILL LYNCH & CO., INC. BASIC LONG-
TERM DISABILITY PLAN, ADMINISTRATOR
OF MERRILL LYNCH & COL, INC. BASIC
LONG-TERM DISABILITY PLAN, MERRILL
LYNCH & CO., INC., TRUSTEES OF
MERRILL LYNCH & CO., INC. BASIC LONG-
TERM DISABILITY PLAN, METROPOLITAN
LIFE INSURANCE CO, MERRILL LYNCH
DISABILITY SERVICE CENTER, MERRILL
LYNCH & CO., INC. MEDICAL PROGRAM,
MERRILL LYNCH & CO., INC. DENTAL PLAN,
AND MERRILL LYNCH & CO., INC. LIFE
INSURANCE PROGRAM,

                                  Defendants.
-----------------------------------------------------------x

07 CV 7092 (CM)

**STIPULATION AND
ORDER EXTENDING
TIME TO RESPOND TO
COMPLAINT**

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys, that defendant Metropolitan Life Insurance Company ("MetLife") will have up to and including October 2, 2007 to answer, move, or otherwise respond to the Complaint in the above-captioned action.

    IT IS FURTHER STIPULATED AND AGREED that MetLife waives its defenses as to sufficiency of service of process but does <u>not</u> waive any of its other defenses in this action.

    IT IS FURTHER STIPULATED AND AGREED that facsimile signatures on this Stipulation shall have the same effect as original signatures.

Dated:   New York, New York
         September 4, 2007

| | |
|---|---|
| LEGAL SERVICES FOR THE ELDERLY | LESTER SCHWAB KATZ & DWYER, LLP |
| *[signature]* | *[signature]* |
| Gary Stone | Allan M. Marcus (AM9027) |
| 130 West 42nd St., 17th Floor | 120 Broadway |
| New York, NY 10036-7803 | New York, New York 10271 |
| (646) 442-3316 | (212) 341-4241 |
| (212) 391-0120 | Attorneys for Defendant |
| Attorneys for Plaintiff | Metropolitan Life Ins. Co. |

SO ORDERED.

*[signature]*

United States District Judge

Dated: 9/12/07