LSK&D #: 564-7013 / 922887

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
MARY KILBRIDE,

                              Plaintiff,      07 CV 7092 (CM)

  -against-

MERRILL LYNCH & CO., INC. BASIC LONG-
TERM DISABILITY PLAN, ADMINISTRATOR
OF MERRILL LYNCH & COL, INC. BASIC
LONG-TERM DISABILITY PLAN, MERRILL
LYNCH & CO., INC., TRUSTEES OF
MERRILL LYNCH & CO., INC. BASIC LONG-
TERM DISABILITY PLAN, METROPOLITAN
LIFE INSURANCE CO, MERRILL LYNCH
DISABILITY SERVICE CENTER, MERRILL
LYNCH & CO., INC. MEDICAL PROGRAM,
MERRILL LYNCH & CO., INC. DENTAL PLAN,
AND MERRILL LYNCH & CO., INC. LIFE
INSURANCE PROGRAM,

                             Defendants.
----------------------------------------------------------x

**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**



USDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/07

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys, that defendants will have up to and including October 16, 2007 to answer, move, or otherwise respond to the Complaint in the above-captioned action.

    IT IS FURTHER STIPULATED AND AGREED that defendants waive their defenses as to sufficiency of service of process but do <u>not</u> waive any of their other defenses in this action.

    IT IS FURTHER STIPULATED AND AGREED that facsimile signatures on this Stipulation shall have the same effect as original signatures.

Dated:      New York, New York
            September 21, 2007

LEGAL SERVICES FOR THE ELDERLY

*[signature: Gary Stone]*

Gary Stone
130 West 42nd St., 17th Floor
New York, NY 10036-7803
(646) 442-3316
(212) 391-0120
Attorneys for Plaintiff

LESTER SCHWAB KATZ & DWYER, LLP

*[signature: Allan M. Marcus]*

Allan M. Marcus (AM9027)
120 Broadway
New York, New York 10271
(212) 341-4241
Attorneys for Defendants

SO ORDERED.

*[signature]*

United States District Judge

Dated: 10/2/07