UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
MARY KILBRIDE

                Plaintiff,

  -against-

MERRILL LYNCH & CO., INC. BASIC LONG-
TERM DISABILITY PLAN, ADMINISTRATOR OF
MERRILL LYNCH & CO., INC. BASIC LONG-
TERM DISABILITY PLAN, MERRILL LYNCH &
CO., INC., TRUSTEES OF MERRILL LYNCH &
CO., INC. BASIC LONG-TERM DISABILITY
PLAN, METROPOLITAN LIFE INSURANCE CO.,
MERRILL LYNCH DISABILITY SERVICE CENTER,
MERRILL LYNCH & CO., INC. MEDICAL
PROGRAM, MERRILL LYNCH & CO, INC.
DENTAL PLAN, AND MERRILL LYNCH & CO.,
INC. LIFE INSURANCE PROGRAM

                Defendants.
------------------------------------------------------------------------x

07-CIV-7092(CM)

## **MERRILL LYNCH & CO., INC.'S CORPORATE DISCLOSURE STATEMENT**

      COMES NOW Merrill Lynch & Co., Inc., a Defendant in the above-styled cause, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states the following:

      Defendant Merrill Lynch & Co., Inc. hereby gives notice that it is a wholly owned subsidiary of Merrill Lynch & Co., Inc., a publicly held corporation that is traded on the New York Stock Exchange and that it has no parent Company. With the exception of Metropolitan Life Insurance Company, which has filed a separate Rule 7.1 Disclosure, no other defendant is a corporate entity for purposes of disclosure under Rule 7.1.

      Respectfully submitted this 16th day of October, 2007

By: /s/ Allan M. Marcus
Allan M. Marcus (AM-9027)
Attorney for Defendants Merrill Lynch & Co., Inc. Basic Long Term Disability Plan, Merrill Lynch & Co., Inc. in its capacity as the Plan Administrator for the Merrill Lynch & Co., Inc. Basic Long Term Disability Plan, Trustees of the Merrill Lynch & Co., Inc. Basic Long Term Disability Plan, Merrill Lynch & Co., Inc. Medical Program; Merrill Lynch & Co., Inc. Dental Plan; and Merrill Lynch & Co., Inc. Life Insurance Plan

**OF COUNSEL**
**LESTER, SCHWAB, KATZ & DWYER, LLP**
Attorneys at Law
120 Broadway
New York, NY 10271
(212) 341-4241 Telephone
(212) 267-5916 Facsimile
amarcus@lskdnylaw.com

**OF COUNSEL**
William B. Wahlheim, Jr.
John David Collins
Grace Robinson Murphy
**MAYNARD, COOPER & GALE, P.C.**
1901 Sixth Avenue North
2400 AmSouth Harbert Plaza
Birmingham, AL 35203-2618
(205) 254-1000 Telephone
(205) 254-1999 Facsimile
wwahlheim@maynardcooper.com

To:
Gary Stone, Esq.
Legal Services for the Elderly
130 West 42nd Street, 17th Floor
New York, NY 10036-7803
(212) 391-0120
Attorney for Plaintiff