LSK&D #: 564-7013 / 931918
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MARY KILBRIDE,

                          Plaintiff,      **07 CV 7092 (CM)**

     -against-

MERRILL LYNCH & CO., INC. BASIC LONG-      **DEFENDANT METLIFE'S**
TERM DISABILITY PLAN, ADMINISTRATOR      **RULE 7.1 DISCLOSURE**
OF MERRILL LYNCH & COL, INC. BASIC      **STATEMENT**
LONG-TERM DISABILITY PLAN, MERRILL
LYNCH & CO., INC., TRUSTEES OF
MERRILL LYNCH & CO., INC. BASIC LONG-
TERM DISABILITY PLAN, METROPOLITAN
LIFE INSURANCE CO., MERRILL LYNCH
DISABILITY SERVICE CENTER, MERRILL
LYNCH & CO., INC. MEDICAL PROGRAM,
MERRILL LYNCH & CO., INC. DENTAL PLAN,
AND MERRILL LYNCH & CO, INC. LIFE
INSURANCE PROGRAM,

                          Defendants.
-----------------------------------------------------------------x

     Defendant Metropolitan Life Insurance Company ("MetLife"), pursuant to Federal Rule of Civil Procedure 7.1, makes the following disclosure:

     MetLife is wholly-owned by its publicly-held corporate parent MetLife, Inc.

Dated:     New York, New York
            October 16, 2007

                                  Respectfully submitted,

                                  LESTER SCHWAB KATZ & DWYER, LLP

                                  _____
                                  Allan M. Marcus (AM-9027)
                                  Attorneys for Defendant
                                  Metropolitan Life Insurance Company
                                  120 Broadway
                                  New York, New York 10271
                                  (212) 964-6611