UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
MARY KILBRIDE,                                              07 CV 7092 (CM)

                            **Plaintiff,**

   -against-

MERRILL LYNCH & CO., INC. BASIC LONG-                  **APPEARANCE**
TERM DISABILITY PLAN, ADMINISTRATOR OF
MERRILL LYNCH & CO., INC. BASIC LONG-
TERM DISABILITY PLAN, MERRILL LYNCH
& CO., INC., TRUSTEES OF MERRILL LYNCH
& CO., INC. BASIC LONG-TERM DISABILITY
PLAN, METROPOLITAN LIFE INSURANCE CO.,
MERRILL LYNCH DISABILITY SERVICE CENTER,
MERRILL LYNCH & CO., INC. MEDICAL
PROGRAM, MERRILL LYNCH & CO., INC.
DENTAL PLAN, AND MERRILL LYNCH & CO.
INC., LIFE INSURANCE PROGRAM,

                            **Defendants.**
----------------------------------------------------------------x

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for:

    **MERRILL LYNCH & CO., INC. BASIC LONG-TERM DISABILITY PLAN, ADMINISTRATOR OF MERRILL LYNCH & CO. INC. BASIC LONG-TERM DISABILITY PLAN, MERRILL LYNCH & CO., INC., TRUSTEES OF MERRILL LYNCH & CO., INC. BASIC LONG-TERM DISABILITY PLAN, MERRILL LYNCH & CO., INC. MEDICAL PROGRAM, MERRILL LYNCH & CO., INC. DENTAL PLAN, AND MERRILL LYNCH & CO., INC. LIFE INSURANCE PROGRAM**

    I certify that I am admitted to practice in this court.

Dated: New York, New York
       November 14, 2007

                                                     */s/ Kevin G. Horbatiuk*
                                                     Kevin G. Horbatiuk (KGH4977)
                                                     Attorneys for Defendants
                                                     **MERRILL LYNCH & CO., INC. BASIC LONG-TERM DISABILITY PLAN, ADMINISTRATOR OF MERRILL LYNCH & CO. INC. BASIC LONG-TERM DISABILITY PLAN, MERRILL LYNCH & CO., INC., TRUSTEES OF MERRILL**

**LYNCH & CO., INC. BASIC LONG-TERM DISABILITY PLAN, MERRILL LYNCH & CO., INC. MEDICAL PROGRAM, MERRILL LYNCH & CO., INC. DENTAL PLAN, AND MERRILL LYNCH & CO., INC. LIFE INSURANCE PROGRAM**
RUSSO, KEANE & TONER, LLP
26 Broadway, 28th Floor
New York, New York 10004
(212) 482-0001
RKT File No. 827.009

To:   GARY STONE, ESQ.,
      Attorneys for Plaintiff
      LEGAL SERVICES FOR THE ELDERLY
      130 West 42nd Street - 17th Floor
      New York, New York 100036-7803

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 14th day of November, 2007.

GARY STONE, ESQ.,
Attorneys for Plaintiff
LEGAL SERVICES FOR THE ELDERLY
130 West 42nd Street - 17th Floor
New York, New York 100036-7803

_____
KEVIN G. HORBATIUK