UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------X

Mary Kilbride

           Plaintiff,

   -against-                    07 CIVIL 7092 ( CM )

Merrill Lynch & Co Basic LTD Plan, et al.,

           Defendant.

-------------------------------------X

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Gary Steven Stone

☒ *Attorney*

  ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: GS5563

  ☐ I am a Pro Hac Vice attorney

  ☐ I am a Government Agency attorney

☒ *Law Firm/Government Agency Association*

  From: Legal Services for the Elderly

  To: South Brooklyn Legal Services

  ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

  ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☐ *Address:* 105 Court Street, Third Floor, Brooklyn, New York 11201

☐ *Telephone Number:* (646) 442-3316/(718) 237-5500

☐ *Fax Number:* (718) 855-0733

☐ *E-Mail Address:* gstone@lsnyc.org

Dated: December 31, 2007

                /s/ Gary Stone