# SOUTH BROOKLYN LEGAL SERVICES

Brooklyn Legal Services Corp. B • John C. Gray, Project Director
105 Court Street, Brooklyn, NY 11201 • (718) 237-5500 • Fax (718) 855-0733

## MEMO ENDORSED March 17, 2008

Hon. Colleen McMahon
District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Mary Kilbride v Merrill v. Merrill Lynch & Co, Inc. LTD
Plan, et al, 07 Civ. 7092 (CM)

Dear Judge McMahon:

This is to respectfully request that the deadline for completion of discovery be extended thirty days with the hope that counsel for Defendant MetLife and I will be able, without the intervention of the Court, resolve their remaining differences concerning discovery requests.   If this application is granted, it is further requested that the other deadlines also be extended thirty days.

Through discussions with counsel for MetLife and counsel for co-Defendant Merrill Lynch Disability Service Center (1) all issues concerning the Center's responses have been resolved, and (2) all issues with with MetLife have been resolved except for those concerning one interrogatory and two document requests.

Counsel for Plaintiff and Defendant MetLife conferred informally and the latter agreed to speak to his client to explore a possible resolution of the remaining issues.  Plaintiff has repeatedly extended Defendants' time to respond to the discovery requests.  The deadline for completion of discovery, however, is tomorrow, necessitating this formal  application.

Counsel for all of the Defendants have indicated their consent to such an extension.

Thank you for your consideration of this request.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED:  3/18/08.

Very truly yours,

Gary Stone (GS 5563)
Attorney for the Plaintiff

*Towards justice and dignity for all • Por justicia y dignidad para todos*

cc: Christopher B. Brown, Esq.
Kevin G. Horbatiuk, Esq.
Allan M. Marcus, Esq.