# RUSSO, KEANE & TONER, LLP
## ATTORNEYS AT LAW
### 26 BROADWAY
### NEW YORK, NEW YORK 10004

(212) 482-0001
FAX (212) 482-0002
WWW.RKTLAW.COM

THOMAS F. KEANE
ALAN RUSSO *
STEPHEN B. TONER *
FERN FLOMENHAFT *
KEVIN G. HORBATIUK
CLAIRE F. RUSH
CHRISTOPHER G. KEANE
DAVID S. GOULD

OF COUNSEL:
SUSAN KEANE
FRANCESCA A. SABBATINO

*ALSO ADMITTED IN NEW JERSEY
*ALSO ADMITTED IN CONNECTICUT
*ALSO ADMITTED IN MASSACHUSETTS
*ALSO ADMITTED IN THE DISTRICT OF COLUMBIA
*ALSO ADMITTED IN GEORGIA

JOHN J. KOMAR
CHRISTOPHER D. MEHNO
THERESA VILLANI
DENISE M. BUSH *
BRENDA R. HALL
JOSEFINA A. BELMONTE
MICHAEL J. SWEENEY *
CHARLENE C. KOW *
MARIE A. CASTRONUOVO
MARIE-FABIENNE F. DE CASTRO
B. BARRINGTON PINK *
MATTHEW P. MAZZOLA
LEE-DAVID WEINER
TINA ALTINEL-PROFITA

**VIA FAX: 212 805 6326**
Honorable Colleen McMahon
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED** June 10, 2008

Re: Mary Kilbride vs Merrill Lynch et al.
Civil Action Number: 07 CV 7092 (CM)(RLE)
RKT File Number: 837.009

Dear Judge McMahon:

    We represent the various Merrill Lynch Plans ("Merrill Lynch") in this matter. I am writing with the consent of the other parties herein to request that this matter be referred to a Magistrate Judge for the purpose of conducting a settlement conference. I have personally engaged plaintiff's counsel, Gary Stone Esq., in settlement talks and it is our joint position that a settlement conference could result in a resolution of this matter. We further request that the deadline for filing motions for summary judgment, which had been extended to July 1, 2008, be held in abeyance pending the outcome of the settlement conference.

Very truly yours,
RUSSO, KEANE & TONER, LLP

*Kevin G. Horbatiuk*
Kevin G. Horbatiuk

Handwritten endorsement: 6/24/08 (1) Order attached. (2) Deadline for filing motions for summary judgment/pretrial order extended to September 5, 2008. Colleen McMahon USDJ

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/08

WESTCHESTER OFFICE – 26 GLENSIDE PLACE, CHAPPAQUA, NEW YORK 10514 (914) 2__-2805
NEW JERSEY OFFICE – 127 EAST MOUNT PLEASANT AVENUE LIVINGSTON, NEW JERSEY 07039 (973) 992-3474

**RUSSO, KEANE & TONER**

cc:via Fax

Gary Stone, Esq.
South Brooklyn Legal Services
105 Court Street, 3rd Floor
Brooklyn, New York 11201
(718) 855 0733

Allan M. Marcus, Esq.
Lester Schwab Katz & Dwyer, LLP
120 Broadway
New York, New York 10271-0071
(212) 267-5916

Christopher B. Brown, Esq.
Begos Horgan & Brown LLP
327 Riverside Avenue
Westport, CT 06880
(203) 222-4833

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
Mary Kilbride,

                                07 Civ. 7092 (CM) (RLE)

                Plaintiff(s),

                                ORDER OF REFERENCE
     -against-                           TO A MAGISTRATE JUDGE
Merrill Lynch, et al,

                Defendant(s).
------------------------------------X

The above entitled action is referred to the Honorable Ronald L. Ellis, United States Magistrate Judge for the following purpose(s):

| | |
|---|---|
| ____ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement | ____ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ____ Specific Non-Dispositive Motion/Dispute:* _____ | ____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction |
| | Purpose:_____ |
| ____ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ____ Habeas Corpus |
| | ____ Social Security |
| ✓ Settlement* | ____ Dispositive Motion (i.e., motion requiring a Report and Recommendation |
| ____ Inquest After Default/Damages Hearing | |
| | Particular Motion:_____ |
| | All such motions:_____ |

* Do not check if already assigned for general pretrial.

Dated: June 25, 2008
      New York, New York

                                                  SO ORDERED: _____

                                                    Hon. Colleen McMahon
                                                    United States District Judge