UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

Mary Kilbride,

                        07 Civ. 7092 (CM) (RLE)

                Plaintiff(s),

                        ORDER OF REFERENCE
    -against-                       TO A MAGISTRATE JUDGE

Merrill Lynch, et al,

                Defendant(s).
------------------------------------------------X

The above entitled action is referred to the Honorable Ronald L. Ellis, United States Magistrate Judge for the following purpose(s):

____ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ Specific Non-Dispositive Motion/Dispute:*

____ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

✓ Settlement*

____ Inquest After Default/Damages Hearing

____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

____ Habeas Corpus

____ Social Security

____ Dispositive Motion (i.e., motion requiring a Report and Recommendation

Particular Motion:_____

All such motions:_____

* Do not check if already assigned for general pretrial.

Dated: June 25, 2008
       New York, New York

SO ORDERED: _____

Hon. Colleen McMahon
United States District Judge

USDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/07