McMahen, J.

LSK&D #: 564-7013 / 1042666

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MARY KILBRIDE,

       Plaintiff,

  -against-

MERRILL LYNCH & CO., INC. BASIC LONG-
TERM DISABILITY PLAN, ADMINISTRATOR
OF MERRILL LYNCH & COL, INC. BASIC
LONG-TERM DISABILITY PLAN, MERRILL
LYNCH & CO., INC., TRUSTEES OF
MERRILL LYNCH & CO., INC. BASIC LONG-
TERM DISABILITY PLAN, METROPOLITAN
LIFE INSURANCE CO., MERRILL LYNCH
DISABILITY SERVICE CENTER, MERRILL
LYNCH & CO., INC. MEDICAL PROGRAM,
MERRILL LYNCH & CO., INC. DENTAL PLAN,
AND MERRILL LYNCH & CO, INC. LIFE
INSURANCE PROGRAM,

       Defendants.
------------------------------------------------------------x

No. 07 CV 7092(CM)

STIPULATION
DISMISSING METLIFE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/08

It is hereby agreed by the undersigned:

1. Subject to paragraph 3, Defendant Metropolitan Life Insurance Company ("MetLife") is hereby dismissed from this action without prejudice and without costs or attorney's fees.

2. Subject to paragraph 3, unless at the conclusion of this litigation MetLife is found liable in whole or in part for the long term disability benefits that are the subject of this action, MetLife shall be dismissed with prejudice and without costs or attorney's fees.

3. If MetLife is found to be necessary for the exercise of the Court's subject matter jurisdiction, or is found for any other reason to be necessary for the litigation or

1

adjudication of this matter on its merits or is found necessary for the granting of any relief, the dismissal shall be vacated, and MetLife added or restored as a Defendant. If MetLife is restored or added as a Defendant, MetLife agrees to waive any defenses in law or equity based on timeliness that, if sustained, would otherwise cause any claims against MetLife to be dismissed.

Dated:   New York, New York
         July 3, 2008

_____
Gary Stone, Esq. (GS-5563)
South Brooklyn Legal Services
105 Court Street, 3rd Floor
Brooklyn, New York 11201
Tel. (646) 442-3316
Fax (718) 855-7703
Attorneys for Plaintiff

_____
Allan M. Marcus (AM-9027)
Lester Schwab Katz & Dwyer, LLP
120 Broadway, 38th Floor
New York, New York 10271
Tel. (212) 964-6611
Fax (212) 267-5916
Attorneys for Defendant
Metropolitan Life Insurance Company


_____
Christopher G. Brown, Esq. (CB-7755)
Begos, Horgan & Brown, LLP
327 Riverside Avenue
Westport, CT 06880
Tel. (914) 961-4441
Fax (203) 222-4833
Attorneys for Defendant
Merrill Lynch Disability Service Center

_____
Kevin G. Horbatiuk, Esq. (JGH-4977)
Russo, Keane & Toner, LLP
26 Broadway
New York NY 10004
Tel. (212) 482-0001
Fax (212) 482-0002
Attorneys for Defendants
Merrill Lynch Plans

2

adjudication of this matter on its merits or is found necessary for the granting of any relief, the dismissal shall be vacated, and MetLife added or restored as a Defendant. If MetLife is restored or added as a Defendant, MetLife agrees to waive any defenses in law or equity based on timeliness that, if sustained, would otherwise cause any claims against MetLife to be dismissed.

Dated:   New York, New York
         July 3, 2008

Gary Stone, Esq. (GS-5563)
South Brooklyn Legal Services
105 Court Street, 3rd Floor
Brooklyn, New York 11201
Tel. (646) 442-3316
Fax (718) 855-7703
Attorneys for Plaintiff

Allan M. Marcus (AM-9027)
Lester Schwab Katz & Dwyer, LLP
120 Broadway, 38th Floor
New York, New York 10271
Tel. (212) 964-6611
Fax (212) 267-5916
Attorneys for Defendant
Metropolitan Life Insurance Company

Christopher G. Brown, Esq. (CB-7755)
Begos, Horgan & Brown, LLP
327 Riverside Avenue
Westport, CT 06880
Tel. (914) 961-4441
Fax (203) 222-4833
Attorneys for Defendant
Merrill Lynch Disability Service Center

Kevin G. Horbatiuk, Esq. (JGH-4977)
Russo, Keane & Toner, LLP
26 Broadway
New York NY 10004
Tel. (212) 482-0001
Fax (212) 482-0002
Attorneys for Defendants
Merrill Lynch Plans

adjudication of this matter on its merits or is found necessary for the granting of any relief, the dismissal shall be vacated, and MetLife added or restored as a Defendant. If MetLife is restored or added as a Defendant, MetLife agrees to waive any defenses in law or equity based on timeliness that, if sustained, would otherwise cause any claims against MetLife to be dismissed.

Dated:      New York, New York
            July 3, 2008

Gary Stone, Esq. (GS-5563)
South Brooklyn Legal Services
105 Court Street, 3rd Floor
Brooklyn, New York 11201
Tel. (646) 442-3316
Fax (718) 855-7703
Attorneys for Plaintiff

Allan M. Marcus (AM-9027)
Lester Schwab Katz & Dwyer, LLP
120 Broadway, 38th Floor
New York, New York 10271
Tel. (212) 964-6611
Fax (212) 267-5916
Attorneys for Defendant
Metropolitan Life Insurance Company

Christopher G. Brown, Esq. (CB-7755)
Begos, Horgan & Brown, LLP
327 Riverside Avenue
Westport, CT 06880
Tel. (914) 961-4441
Fax (203) 222-4833
Attorneys for Defendant
Merrill Lynch Disability Service Center

*/s/ Kevin G. Horbatiuk*
Kevin G. Horbatiuk, Esq. (JGH-4977)
Russo, Keane & Toner, LLP
26 Broadway
New York NY 10004
Tel. (212) 482-0001
Fax (212) 482-0002
Attorneys for Defendants
Merrill Lynch Plans

2

So Ordered.

_[signature]_

United States District Judge
Dated:

4-10-08

3