UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
:
MARY KILBRIDE					:	07 Civ. 7092 (CM)
						:	ECF Case
	Plaintiff,				:
						:	**APPEARANCE**
	– against –				:
						:
MERRILL LYNCH & CO., INC. BASIC LONG-TERM	:
DISABILITY PLAN, ADMINISTRATOR OF		:
MERRILL LYNCH & CO., INC. BASIC LONG TERM	:
DISABILITY PLAN, MERRILL LYNCH & CO., INC.	:
TRUSTEES OF MERRILL LYNCH & CO., INC.	:
BASIC LONG TERM DISABILITY PLAN,		:
METROPOLITAN LIFE INSURANCE CO., MERRILL	:
LYNCH DISABILITY SERVICE CENTER, MERRILL	:
LYNCH & CO., INC. MEDICAL PROGRAM,		:
MERRILL LYNCH & CO., INC. DENTAL PLAN, and	:
MERRILL LYNCH & CO., INC. LIFE INSURANCE	:
PROGRAM,					:
						:
	Defendants.				:
						:
------------------------------------------------------------------------x

The undersigned hereby appears for the defendant, Merrill Lynch Disability Service Center.

Dated:   Bronxville, New York
         July 11, 2008

							BEGOS HORGAN & BROWN LLP


							By:_____
							   Christopher G. Brown (CB7755)
							Attorneys for First Unum
							7 Pondfield Road
							Bronxville, NY 10708
							(914) 961-4441
							cgb@begoshorgan.com