USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8-1-08

# RUSSO, KEANE & TONER, LLP
### ATTORNEYS AT LAW
26 BROADWAY
NEW YORK, NEW YORK 10004

(212) 482-0001
(212) 482-0002
WWW.RKTLAW.COM



AUG - 1 2008

CHAMP ... 7
RONALD L. ELLIS
U.S.M.J.

THOMAS F. KEANE
ALAN RUSSO
STEPHEN B. TONER
FERN FLOMENHAFT
KEVIN G. HORBATIUK
CLAIRE F. RUSH
CHRISTOPHER G. KEANE
DAVID S. GOULD

OF COUNSEL:
SUSAN KEANE
FRANCESCA A. SABBATINO

ALSO ADMITTED IN NEW JERSEY
ALSO ADMITTED IN CONNECTICUT
ALSO ADMITTED IN MASSACHUSETTS
ALSO ADMITTED IN THE DISTRICT OF COLUMBIA
ALSO ADMITTED IN GEORGIA

JOHN J. KOMAR
CHRISTOPHER D. MEHNO
THERESA VILLANI
DENISE M. BUSH
BRENDA R. HALL
JOSEFINA A. BELMONTE
MICHAEL J. SWEENEY
CHARLENE C. KOW
MARIE A. CASTRONUOVO
MARIE-FABIENNE F. DE CASTRO
B. BARRINGTON PINK
MATTHEW P. MAZZOLA
LEE-DAVID WEINER
TINA ALTINEL-PROFITA

July 31, 2008

Honorable Ronald L. Ellis
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

Re: Mary Kilbride vs Merrill Lynch et al.
Civil Action Number: 07 Civ 7092 (CM) (RLE)
RKT File Number: 837.009

Dear Magistrate Judge Ellis:

We represent the various Merrill Lynch Plans ( "Merrill Lynch") in this matter. I am writing with the consent of the parties to this action to adjourn the settlement conference scheduled for August 12, 2008 to October 2, 2008 at 2:30pm. This is the first time this conference has been adjourned. Plaintiff's counsel and I have spoken to Courtroom Deputy Michael Brantley and determined that that time and date are available.

Conference adjourned
to 10/2/08 at 2:30 pm.
**SO ORDERED**
Ronald Ellis  8-1-08
**MAGISTRATE JUDGE RONALD L. ELLIS**

Very truly yours,
RUSSO, KEANE & TONER, LLP

Kevin G. Horbatiuk

WESTCHESTER OFFICE -- 30 GLENSIDE PLACE, CHAPPAQUA, NEW YORK 10514 (914) 238-3805
NEW JERSEY OFFICE -- 127 EAST MOUNT PLEASANT AVENUE LIVINGSTON, NEW JERSEY 07039 (973) 992-3474

RUSSO, KEANE & TONER

cc:

Gary Stone, Esq.
South Brooklyn Legal Services
105 Court Street, 3rd Floor
Brooklyn, New York 11201
(718) 855 0733

Christopher Brown, Esq.
Begos, Horgan & Brown LLP
327 Riverside Avenue
Westport, CT 06880
(203) 222-4833